1  NELSON MULLINS RILEY & SCARBOROUGH LLP
   RYAN E. COSGROVE, State Bar No. 277907
2  *ryan.cosgrove@nelsonmullins.com*
   19191 South Vermont Avenue, Suite 900
3  Torrance, CA  90502
   Telephone: 424.221.7400
4  Facsimile: 424.221.7499

5  Attorneys for Defendants,
   American Protection Plans, LLC d/b/a
6  American Residential Warranty, Joshua
   Brauser, & Michael Brauser

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BURKE SMITH, an individual, | Case No.   **'22CV16    MMANLS** |
| 12              Plaintiff, | |
| 13          v. | **DEFENDANT AMERICAN PROTECTION PLANS, LLC D/B/A AMERICAN RESIDENTIAL WARRANTY'S CORPORATE DISCLOSURE STATEMENT** |
| 14  AMERICAN PROTECTION PLANS, LLC, a Florida limited liability | |
| 15  company; JOSHUA BRAUSER, an individual; MICHAEL BRAUSER, an | |
| 16  individual; and DOES 1 through 20, inclusive, | Action Filed: December 6, 2021 |
| 17 | |
| 18              Defendants. | |

19

20

21      In accordance with Federal Rule of Civil Procedure 7.1 and S.D. Cal. Civil Local

22  Rule 40.2, defendant American Protection Plans, LLC d/b/a American Residential

23  Warranty states it is owned by five Members: Joshua Brauser, Michael Brauser,

24  Richard Kaufman, Birchtree Capital, LLC, and Goldstein Enterprises, LLC.

25

26

27

28

1   DATED:  January 6, 2022          NELSON MULLINS RILEY &
2                                    SCARBOROUGH LLP

3

4                                    By:  _____/s/ *Ryan E. Cosgrove*_____
                                          RYAN E. COSGROVE
5                                         Attorneys for Defendants,
                                          American Protection Plans, LLC d/b/a
6                                         American Residential Warranty, Joshua
                                          Brauser, & Michael Brauser
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT AMERICAN PROTECTION PLANS, LLC D/B/A AMERICAN RESIDENTIAL WARRANTY'S
CORPORATE DISCLOSURE STATEMENT

<u>**CERTIFICATE OF SERVICE**</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 19191 South Vermont Avenue, Suite 900, Torrance, CA 90502.  On the date set forth below, I served the within document:

**DEFENDANT AMERICAN PROTECTION PLANS, LLC D/B/A AMERICAN RESIDENTIAL WARRANTY'S CORPORATE DISCLOSURE STATEMENT**

☐　　ELECTRONIC - by transmitting via email the document(s) listed above to the email address(es) set forth on the attached service list on this date before 5:00 p.m.

☒　　MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

☐　　OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UPS.

Evan Dwin, Esq.　　　　　　　　　　　　　　　　Attorneys for Plaintiff
DWIN LEGAL, APC
2121 Palomar Airport Road, Suite 160
Carlsbad, CA 92011
Phone:  760.536.6471
Fax:  760.585.4649
Email: edwin@dwinlegal.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 6, 2022, at Torrance, California.

Judy Carter

Case No.
DEFENDANT AMERICAN PROTECTION PLANS, LLC D/B/A AMERICAN RESIDENTIAL WARRANTY'S
CORPORATE DISCLOSURE STATEMENT