# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURKE SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN PROTECTION PLANS, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22-cv-0016-MMA (NLS)<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL AND**<br><br>[Doc. No. 6]<br><br>**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Doc. No. 3] |

On February 2, 2022, Plaintiff Burke Smith ("Plaintiff") filed a notice of voluntary dismissal of Defendants Joshua Brauser and Michael Brauser without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Doc. No. 6. Accordingly, the Court **DISMISSES** Defendants Joshua Brauser and Michael Brauser from this action without prejudice. The Court **DIRECTS** the Clerk of Court to update the docket of this action accordingly.

Moreover, in light of Plaintiff's notice of voluntary dismissal, Defendants Joshua Brauser and Michael Brauser's motion to dismiss for lack of personal jurisdiction, Doc.

No. 3, is **MOOT** and the Court therefore **VACATES** all pending deadlines and the February 28, 2022 hearing as to this motion only.

     **IT IS SO ORDERED**.

Dated:  February 3, 2022

HON. MICHAEL M. ANELLO
United States District Judge